## Elizabeth Winters, Appellee, v. Gray Line Sight Seeing Company of Chicago et al., Appellants.

## Gen. No. 42,015.

Heard in first division, first district, this court at February term, 1942; opinion filed June 1, 1942. Miller, Gorham, Wescott & Adams, for appellants; Edward R. Adams and Herbert C. DeYoung, of counsel; Helman, Reilly & Silverman and Marion J. Hannigan, for appellee. Opinion by JUSTICE MATCHETT. ''Not to be published in full. ''